# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 14-CIV-22030-BLOOM/VALLE**

MILESTONE SYSTEMS, INC.,

    Plaintiff,

v.

HAWK TECHNOLOGY SYSTEMS, LLC,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On June 5, 2014, the Honorable K. Michael Moore, United States District Judge entered a Patent Pretrial Order requiring the Plaintiff, Milestone Systems, Inc. to serve on all parties a "Disclosure of Asserted Claims and Infringement Contentions." *See* ECF No. 8. The Order stated that this disclosure was to be served within fourteen (14) days from the entry of the Order, and required the serving party to file notice with the Court of the timely compliance with such deadline. *See id.* Thus, Plaintiff was required to notify the Court of its compliance by June 19, 2014. To date, the record reflects the Plaintiff has failed to comply with the requirements and deadlines set forth in Judge Moore's Order. Accordingly, it is

**ORDERED AND ADJUDGED** that the Plaintiff shall serve upon opposing parties a "Disclosure of Asserted Claims and Infringement Contentions" in accordance with Judge Moore's Order [ECF No. 8], and **file notice of the same with the Court by July 16, 2014.** Failure to comply may result in dismissal without prejudice without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of July, 2014.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record