IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MILESTONE SYSTEMS, INC. )<br>)<br>Plaintiff, )<br>v. )<br>) Case No. 1:14-cv-22030-BLOOM/VALLE<br>HAWK TECHNOLOGY SYSTEMS, LLC )<br>)<br>Defendant. ) | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Milestone Systems, Inc. ("Milestone") by and through its counsel, hereby submits the following Response to Order to Show Cause (DE 12).

1. Milestone filed the subject action on June 2, 2014.

2. Milestone's Complaint is for declaratory relief concerning U.S. Patent RE43,462 ("'462 Patent") and seeks, among other things, a declaratory judgment of non-infringement of the '462 Patent, that the claims of the '462 are invalid, and that Milestone has intervening rights with respect to the '462 patent.

3. Milestone has not yet served Defendant Hawk Technology Systems, LLC ("Hawk") with the Complaint.

4. Although the Complaint has not been served on Defendant, the parties are conducting discussions pursuant to Rule 408 of the Federal Rules of Evidence (FRE).

5. On June 5, 2014 Judge Moore entered a Patent Pretrial Order which includes various deadlines, including the service of a "Disclosure of Asserted Clams and Infringement Contentions" on Defendant not later than fourteen (14) days after the date of the Patent Pretrial Order. (DE 8). However, in all cases in which a party files a complaint or other pleading seeking

a declaratory judgment that a patent is invalid, such as here, Section I.3 of the Patent Pretrial Order specifically provides that the "Disclosure of Asserted Claims and Infringement Contentions" requirements established by the Patent Pretrial Order shall not apply unless and until a claim for patent infringement is made by a party. Because Defendant Hawk is the patent holder in this proceeding, Hawk will be obligated to comply with the "Disclosure of Asserted Claims and Infringement Contentions" deadline in the Patent Pretrial Order after service of the Complaint is made.

6. Accordingly, Plaintiff Milestone respectfully requests that this matter remain pending.

Dated: July 15, 2014

Respectfully submitted,

*Attorneys for Plaintiff*
MILESTONE SYSTEMS, INC.

KLUGER, KAPLAN, SILVERMAN,
KATZEN & LEVINE

By:   /s/*Terri Meyers*
          Fla. Bar No. 881279
          201 S. Biscayne Boulevard, Suite 1700
          Miami, Florida 33131
          Telephone:  (305) 379-9000
          Fax:  (305) 379-3428
          Email:  tmeyers@klugerkaplan.com

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
C. Gregory Gramenopoulos
901 New York Avenue, NW
Washington, DC  20001
Telephone: (202) 408-4000
Fax:  (202) 408-4400
Email:  gramenoc@finnegan.com

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Andrew G. Strickland
3500 SunTrust Plaza
303 Peachtree Street, N.E.

Atlanta, GA 30308-3263
Telephone (404) 653-6400
Fax: (404) 653-6444
Email: andrew.strickland@finnegan.com

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Stephen E. Kabakoff
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3263
Telephone (404) 653-6400
Fax: (404) 653-6444
Email: stephen.kabakoff@finnegan.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 15, 2014, a true and correct copy of the foregoing was filed and served with the Clerk of the United States District Court using CM/ECF which will send notification of such filing by electronic mail on all counsel or party of record.


                                                      s/Terri Meyers
                                                      Terri Meyers