# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 14-CV-22030-KMW

Plaintiff:
**MILESTONE SYSTEMS, INC.**

vs.

Defendant:
**HAWK TECHNOLOGY SYSTEMS, LLC**

For:
Kluger Kaplan
201 S Biscayne Blvd
Suite 1700
Miami, FL  33131

Received by MERCURY EXPRESS on the 29th day of September, 2014 at 1:30 pm to be served on **HAWK TECHNOLOGY SYSTEMS, LLC c/o -Marc Schulman, Lipscomb, Eisenberg & Baker - Registered Agent, 2 South Biscayne Blvd, Suite 3800, Miami, FL 33131**.

I, Jorge Gonzalez, do hereby affirm that on the **29th day of September, 2014** at **1:55 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint for Declaratory Judgment and Civil Cover Sheet and Exhibit 1 and Exhibit 2.** with the date and hour of service endorsed thereon by me, to: **LAZARO OTENO** as **Paralegal For Angela Lipscomb, Esq.** for HAWK TECHNOLOGY SYSTEMS, LLC, at the address of: **2 South Biscayne Blvd, Suite 3800, Miami, FL 33131**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
9/29/2014  1:55 pm   Served at 2 South Biscayne Blvd, Suite 3800, Miami, FL. I served Lazaro Oteno, Paralegal for Angela Lipscomb, Esq. When I arrived Lazaro Oteno, paralegal, called Angela Lipscomb in her office and spoke with her on the phone. When he hung up the phone, he stated that Angela Lipscomb is the attorney representing, and authorized to accept corporate service on behalf of Hawk Technology Systems, LLC, also that he was authorized by Ms Lipscomb to accept service. The name of the firm at this address: Lipscomb, Eisenberg & Baker.

**Description** of Person Served:  Age: 30s,  Sex: M,  Race/Skin Color: Hispanic,  Height: 5'10",  Weight: 170,  Hair: Black,  Glasses: N

## RETURN OF SERVICE for 14-CV-22030-KMW

I acknowledge that I am certified/appointed in good standing in the judicial circuit wherein this process was served, have no interest in the above action and that I am over the age of Eighteen (18). Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

Jorge Gonzalez
# 889

MERCURY EXPRESS
139 Ne 1 St
# 603
Miami, FL 33132
(305) 379-0011
Our Job Serial Number: GON-2014001466
Ref: 10276

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-cv-22030-KMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HAWK TECHNOLOGY SYSTEMS, LLC
was received by me on *(date)* 09/29/2014 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* LAZARO OTENO, who is designated by law to accept service of process on behalf of *(name of organization)* HAWK TECHNOLOGY SYSTEMS, LLC on *(date)* 09/29/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/29/2014

Server's signature

JORGE GONZALEZ #889
Printed name and title

139 NE FIRST ST, SUITE 601
MIAMI, FL 33132

Server's address

Additional information regarding attempted service, etc:
LAZARO OTENO PARALEGAL TO ANGELA LIPSCOMB. ANGELA LIPSCOMB IS THE ATTORNEY REPRESENTING HAWK TECHNOLOGY SYSTEMS, LLC.